USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PONCIANO SANTOS,

               Plaintiff,

    against

PETER MCMANUS CAFE, INC., and JAMES J.
MCMANUS a/k/a JUSTIN MCMANUS

               Defendants.
------------------------------------------------------------X

Case No.: 14-cv-07526

**VOLUNTARY DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice and without costs to either party.

~~The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.~~  GHW

Dated: New York, NY
March 31, 2015

Seyfarth Shaw LLP

By: _____
Howard M. Wexler, Esq.
620 Eighth Avenue
New York, NY 10018
*Attorneys for Defendants*

Dated: New York, NY
March 19, 2015

LAW OFFICES OF WILLIAM CAFARO

By: _____
William Cafaro, Esq.
Amit Kumar, Esq.
108 West 39th Street, Suite 602
New York, New York 10018
(212) 969-3000

*Attorneys for Plaintiff*

The parties have stipulated to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close the case.

Dated: April 10, 2015
New York, New York

                                     18

_____
GREGORY H. WOODS
United States District Judge